# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Gayane Danielyan,<br><br>          Plaintiff,<br>v.<br><br>Metropolitan Life Insurance Company,<br><br>          Defendant. | C.A. No.:  6:15-CV-04499-MGL<br><br>**CONSENT ORDER AMENDING SPECIALIZED CASE MANAGEMENT ORDER** |

      This matter is before the Court by way of the parties' request to extend the deadlines set forth in the Court's Order Amending the Specialized Case Management Order filed on March 28, 2016.  The grounds for this Motion are that pretrial proceedings have been delayed due to scheduling conflicts related thereto and previously planned family vacations.  In addition, the parties are continuing in their efforts to settle the case.  Furthermore, this matter is not currently on the Court's Trial Roster and, therefore, an extension of time will not impede the Court's progress in this case.  The parties have asked for an additional sixty (60) days to comply with the deadlines in the Order Amending the Specialized Case Management Order.

      Accordingly, the deadlines in the Order Amending the Specialized Case Management Order for this case are hereby extended sixty (60) days from their original deadlines.

      WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the deadlines in the Order Amending the Specialized Case Management Order dated March 28, 2016 are hereby extended sixty (60) days.

      **IT IS SO ORDERED.**

                                                s/Mary Geiger Lewis
                                                The Honorable Mary Geiger Lewis

June 24, 2016
Columbia, South Carolina

                              *(Signature Page Follows)*

2

          I SO MOVE,

          s/ J. D. Quattlebaum
          J. D. Quattlebaum, Fed. ID No. 5252
          HAYNSWORTH SINKLER BOYD, P.A.
          ONE North Main Street, 2nd Floor (29601)
          P.O. Box 2048
          Greenville, SC  29602
          (864) 240-3249

          ATTORNEYS FOR DEFENDANT

Dated: 06/24/2016
Greenville, South Carolina


I CONSENT:


s/ M. Leila Louzri
M. Leila Louzri, Fed ID #12007
The Foster Law Firm, LLP
601 McBee Avenue, Suite 104
P. O. Box 2123
Greenville, SC  29602
Tel:  864.242.6200
Fax:  864.233.0290

ATTORNEYS FOR PLAINTIFF

Dated:  06/24/2016
Greenville, South Carolina